FILED
SEP 22 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| OSCAR RAFAEL SANCHEZ,<br><br>    Petitioner,<br><br>    v.<br><br>DERRAL G. ADAMS, WARDEN,<br><br>    Respondent. | Case No.   EDCV 10-0611-JVS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: _____9.22.10_____

_____
James V. Selna
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 22 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY